UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MARCUS VERNELL COLEMAN** | **DOCKET NO. 2:25-cv-00318** |
| **D.O.C. # 322817** | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to his right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive § 2254 petition.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the pending motion for evidentiary hearing (doc. 1) be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 29th day of September, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE